ACCEPTED
01-15-00095-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 12:01:06 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00095-CR
## 01-15-00094-CR

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/28/2015 12:01:06 PM

CHRISTOPHER A. PRINE
Clerk

### DIONYSIOS SPIRO KOSMETATOS
*Appellant*

**v.**

### THE STATE OF TEXAS
*Appellee*

On Appeal from Cause Number 1449194 & 1414418
From the 338th District Court of Harris County, Texas

### APPELLANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

To the Honorable Court of Appeals of Texas:

Comes now Appellant, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the Appellant's brief in this cause, and, in support thereof, presents the following:

1. In the 338th District Court of Harris County, Texas, following a jury trial, Appellant was sentenced on January 15, 2015 in Cause No. 1449194 & 1414418 **The State of Texas v. Dionysios Spiro Kosmetatos.**

2. For two counts of Aggravated Assault – Public Servant, Appellant was sentenced to forty years in the Texas Department of Corrections.

3. A written notice of appeal was timely filed on January 16, 2015.

4. The Appellant's brief was due June 22, 2015.

5. An extension of time in which to file the Appellant's brief is requested until October 22, 2015.

6. Two previous extensions have been granted to the Appellant.

7. The facts relied upon to explain the need for this extension are:

   a. Appellant's counsel gave birth to a baby earlier than expected and is out on maternity leave.

Consequently, additional time will be necessary in which to file Appellant's brief in this case. The Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant an additional extension of time until October 22, 2015 in which to file Appellant's brief in this cause.

Respectfully submitted,

**LAW OFFICE OF TONYA ROLLAND**

/s/ Tonya Rolland McLaughlin
**Tonya Rolland McLaughlin**
4301 Yoakum Boulevard
Houston Texas 77006
Phone: (713) 529-8500
Fax: (713) 453-2203
TBN 24054176

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via email to the following:

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Suite 600
Houston, Texas 77002-1923

/s/ Tonya Rolland McLaughlin
**Tonya Rolland McLaughlin**
**Attorney for Appellant**